United States District Court
for the District of New Jersey

| | |
|---|---|
| **JUDITH MASON** | : |
| | : |
| | : Civil No. 09-361 |
| Plaintiff | : |
| | : Order of Reassignment |
| **COSTCO WHOLESALE CORPORATION** | : |
| | : |
| Defendant | : |
| | : |

It is on this 23rd day of February 2009,

O R D E R E D that the entitled action is reassigned

from Judge William J. Martini to Judge Jose L. Linares.


    S/Garrett E. Brown, Jr.
Garrett E. Brown, Jr., Chief Judge
United States District Court